439 F.2d 266
 George C. BARKLEY, Plaintiff-Appellant,
v.
COMMERCIAL CREDIT CORPORATION, Defendant-Appellee.
 No. 30128.
 United States Court of Appeals, Fifth Circuit.
 Feb. 25, 1971.
 
 Albert Sidney Johnston, Jr., Biloxi, Miss., Johnston & Felder, Pascagoula, Miss., for plaintiff-appellant.
 Ben H. Stone, Eaton, Cottrell, Galloway & Lang, Gulfport, Miss., for defendant-appellee.
 Appeal from United States District Court, Southern District of Mississippi; Walter L. Nixon, Jr., District Judge.
 Before RIVES, THORNBERRY and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Cloting Workers of America, 430 F.2d 966 (5th Cir. 1970)